AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 21 / MJ 00229 |
| Zachary Wilson | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ Zachary Wilson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a)(1) and (2) (1) - knowingly entering or remaining in any restricted building

Date: 02/12/2021

2021.02.12
14:42:39 -05'00'

_Issuing officer's signature_

City and state:  Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 2/12/21, and the person was arrested on _(date)_ 2/19/21
at _(city and state)_ SPRINGFIELD, MO.

Date: 2/19/21

_Arresting officer's signature_

JEFF ATWOOD   SA FBI
_Printed name and title_