My name is M▮▮▮ W▮▮▮

I am the 3rd shift supervisor at Southern Missouri Containers and Zach Wilson is my singlefacer operator on our corrugator wet end. I have known Zach for about 2 years now and I have seen him grow at SMC from a forklift driver to a singlefacer operator due to his drive and great ambition. Zach is a kind person who is unafraid to help others, as I have seen and witnessed multiple times on this shift. I believe that Zach is the life of the shift and I do enjoy having him as a singlefacer operator and a 3rd shift SMC employee.

I know that what Zach did was wrong, but he wouldn't have done so with ill intent, because that is not the kind of person that Zach is. I know him as a very family oriented, fitness driven, and a passionate Christian man.

In conclusion, Zach is a hard worker who has clocked hundreds of hours of overtime in the past year helping other shifts. Zach works well with others and has made a lot of friends here at SMC. From my experience he is very honest and reliable. He does not show up late and never calls in and is an asset to the 3rd shift crew.

If you have any questions, my cell phone number is (▮▮▮▮▮▮▮▮▮▮

Thanks,

M▮▮▮ W▮▮▮

